Howard J. Russell, Esq.
Nevada Bar No. 8879
hrussell@wwhgd.com
Ryan T. Gormley, Esq.
Nevada Bar No. 9870
rgormley@wwhgd.com
WEINBERG, WHEELER, HUDGINS,
 GUNN & DIAL, LLC
6385 S. Rainbow Blvd., Suite 400
Las Vegas, Nevada  89118
Telephone:      (702) 938-3838
Facsimile:       (702) 938-3864

*Attorneys for Defendant*
*Lexington Insurance Company*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| LISA LOCATI; LLL LAS VEGAS CORP;<br><br>Plaintiff,<br><br>vs.<br><br>LEXINGTON INSURANCE COMPANY, a Massachusetts Corporation; DOES 1 through 5; ROE CORPORATIONS 1 through 5, inclusive,<br><br>Defendant. | Case No.:    2:21-cv-01630-JCM-DJA<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' COMPLAINT**<br><br>**(FIRST REQUEST)** |

Plaintiffs **LISA LOCATI** and **LLL LAS VEGAS CORP.**, by and through their attorneys of record, the law firm of Brenske Andreevski & Krametbauer, and Defendant **LEXINGTON INSURANCE COMPANY**, by and through its attorneys of record, the law firm of Weinberg, Wheeler, Hudgins, Gunn & Dial, LLC, hereby respectfully submit this Stipulation and Order for Extension of Time to Respond to Plaintiffs' Complaint.

/ / /

/ / /

/ / /

/ / /

The parties hereto stipulate that Defendant **LEXINGTON INSURANCE COMPANY** may have until October 8, 2021 to respond to Plaintiffs' Complaint. The current deadline for any response is September 9, 2021.

The parties are in the process of discussing whether the issues herein can be resolved short of Court intervention, and additional time prior to Defendant filing its response will assist in that process. This is the first such request for this extension.

The parties hereto waive no rights, claims, or defenses by this Stipulation.

**IT IS SO STIPULATED**.

| Dated this 8th day of September, 2021. | Dated this 8th day of September, 2021. |
|---|---|
| */s/ Howard J. Russell*_____<br>Howard J. Russell, Esq.<br>Ryan T. Gormley, Esq.<br>WEINBERG, WHEELER, HUDGINS,<br>GUNN & DIAL, LLC.<br>6385 S. Rainbow Blvd., Suite 400<br>Las Vegas, NV  89118<br><br>*Attorneys for Defendant*<br>*Lexington Insurance Company* | */s/ William R. Brenske*_____<br>William R. Brenske, Esq.<br>Jennifer R. Andreevski, Esq.<br>Brenske Andreevski & Krametbauer<br>3800 Howard Hughes Parkway<br>Suite 500<br>Las Vegas, NV 89169<br><br>*Attorneys for Plaintiffs Lisa Locati and*<br>*LLL Las Vegas Corp.* |

**IT IS SO ORDERED**

_____
Daniel J. Albregts
United States Magistrate Judge

DATED: September 9, 2021